Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

===========================================X

**MYRA LYNN MATLOCK,**

**MARIAN MAY BARTHELEMY and
JAMES ROBERT BARTHELEMY,**

**MARY DICKERHOOF,**

**SHIRLEY GROFF,**

Docket No.: 06-5675

Plaintiffs,

-against-

**STIPULATION OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PFIZER INC.,**

Defendant.

===========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiffs, Marian May Barthelemy and James Robert Barthelemy, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/9/09

**DLA Piper**

Dated: July 17, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED.

JUL 2 3 2009

The Hon. Charles R. Breyer
**United States District Court, Northern District of California**