

**FILED**
AUG 03 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

=========================================X
**SHIRLEY GROFF,**

                            Docket No.: 06-5675

          Plaintiffs,

    -against-                  **STIPULATION OF VOLUNTARY**
                                **DISMISSAL**
                                **WITH PREJUDICE**

**PFIZER INC.,**

          Defendant.
=========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiff, Shirley Groff, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Benedict P. Morelli
**Morelli Ratner PC**

Dated: 4/10/09

_____

**DLA Piper**

Dated: July 17, 2009

```
IT IS SO ORDERED

        [signature]

U.S. DISTRICT JUDGE
```