Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

=========================================X

MYRA LYNN MATLOCK,

MARIAN MAY BARTHELEMY and
JAMES ROBERT BARTHELEMY,

MARY DICKERHOOF,

SHIRLEY GROFF,

       Plaintiffs,

 -against-

PFIZER INC.,

       Defendant.
=========================================X

Docket No.: 06-5675

STIPULATION OF VOLUNTARY
DISMISSAL
WITH PREJUDICE

 IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiff, Mary Dickerhoof, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

_____
Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/17/09

_____

**DLA Piper**

Dated: August 4, 2009

**PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED.**

Dated: August 5, 2009

_____
The Hon. Charles R. Breyer
**United States District Court, Northern District of California**