Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

==========================================X
**MYRA LYNN MATLOCK,**

                              Docket No.: 06-5675

**MARIAN MAY BARTHELEMY and
JAMES ROBERT BARTHELEMY,**

**MARY DICKERHOOF,**

**SHIRLEY GROFF,**

                Plaintiffs,

     -against-              **STIPULATION OF VOLUNTARY
                                    DISMISSAL
                                    WITH PREJUDICE**

**PFIZER INC.,**

                Defendant.
==========================================X

    IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiff, Myra Lynn Matlock, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

_[signature]_
Benedict P. Morell
**Morelli Ratner PC**

Dated: 6/9/09

_[signature]_

**DLA Piper**

Dated: July 17, 2009

**PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED.**

_[signature]_  OCT 2 9 2009

The Hon. Charles R. Breyer
**United States District Court, Northern District of California**